United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PEEVYHOUSE,<br><br>        Appellant,<br><br>   v.<br><br>WELLS FARGO BANK, N.A.,<br><br>        Appellee. | Case No. 17-CV-03086-LHK<br><br>**ORDER TO SHOW CAUSE WHY APPEAL SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. Nos. 3, 4 |

On May 22, 2017, Appellant Glenda Peevyhouse, appearing pro se, filed a notice of appeal of the Bankruptcy Court's Order Granting Motion for Relief from the Automatic Stay and Co-Debtor Stay. ECF No. 1-1 at 1; ECF No. 1-2 at 1. On May 30, 2017, the Clerk of this Court issued an initial case management scheduling order informing the parties that unless the undersigned judge ordered otherwise, Appellant's principal brief would be due 30 days after the docketing of the notice that the record on appeal is complete. ECF No. 2 at 1. On August 29, 2017, the Certificate of Record confirming that "the record on appeal is complete" was docketed. ECF No. 3. On September 6, 2017, the Clerk issued a Notice of Briefing informing the parties that the Certificate of Record was docketed on August 29, 2017 and restating that Appellant's principal brief would be due 30 days after the docketing of the Certificate of Record. ECF No. 4

1
Case No. 17-CV-03086-LHK
ORDER TO SHOW CAUSE WHY APPEAL SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE

at 1. The Clerk served Plaintiff with the Notice of Briefing on September 6, 2017. ECF No. 4-1.

More than 30 days have now passed, and Appellant has not filed her principal brief. The Court hereby ORDERS Plaintiff to show cause why this appeal should not be dismissed for failure to prosecute. Plaintiff has until November 9, 2017, to file a written response to this Order to Show Cause. A hearing on this Order to Show Cause is hereby set for November 16, 2017, at 1:30 p.m.

Plaintiff's failure to respond to this Order will result in dismissal for failure to prosecute.

**IT IS SO ORDERED.**

Dated: November 2, 2017

*Lucy H. Koh*
LUCY H. KOH
United States District Judge